UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

YVES SAINT LAURENT PARFUMS S.A. and YSL BEAUTÉ INC.,

        Plaintiffs,

    - against -

COSTCO WHOLESALE CORPORATION,

        Defendant.

------------------------------------------------------------------- x

Civil Action No.

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Yves Saint Laurent Parfums S.A. ("YSL Parfums") and YSL Beauté Inc. ("YSL Beauté") certifies that YSL Parfums and YSL Beauté are subsidiaries of PPR, whose shares are publicly traded on the Euronext Paris Exchange.

Dated: New York, New York
       April 20, 2007

ARNOLD & PORTER LLP

By: _____
Louis S. Ederer (LE 7574)
John Maltbie (JM 3658)
399 Park Avenue
New York, New York 10022
(212) 715-1000

Attorneys for Plaintiffs