UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
YVES SAINT LAURENT PARFUMS S.A. and YSL
BEAUTÉ INC.,

               Plaintiffs,

- against -

COSTCO WHOLESALE CORPORATION,

               Defendant.
------------------------------------------------------------------ x

Index No. 07-cv-3214

STATE OF NEW YORK   )
                                 ) ss.:
COUNTY OF NEW YORK )

### AFFIDAVIT OF SERVICE

LOUIS CHAMPAGNE being duly sworn, deposes and says:

1. I am over the age of eighteen and not a party to this action.

2. On May 4, 2007 at approximately 1:50 p.m. I served defendant Costco Wholesale Corporation, personally delivering a true and correct copy of the **INDIVIDUAL PRACTICES OF JUDGE SAND, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN, CIVIL COVER SHEET, RULE 7.1 STATEMENT, SUMMONS IN A CIVIL CASE, and COMPLAINT**, to CT Corporation System, 111 8th Avenue, 13th Floor, New York, New York 10011. Service was accepted by Nora Dindyal, Process Specialist for CT Corporation System. Deponent describes the person served as a West Indian woman, approximately 40 year old, 4 feet 11 inches tall and weighing 125 lbs.

Sworn to before me this
4th day of May 2007.

_Carmen L. Rosa_
Notary Public

CARMEN L. ROSA
NOTARY PUBLIC, State of New York
No. 01SA5019323
Qualified in Bronx County
Commission Expires October 18, 2009

_Louis Champagne_
Louis Champagne