UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x
:
YVES SAINT LAURENT PARFUMS S.A. and YSL   :   **ECF CASE**
BEAUTÉ INC.,
:
:
         Plaintiffs,   :   07 Civ. 3214 (LBS)
:
  - against -   :
:
:   **RULE 7.1 CORPORATE**
COSTCO WHOLESALE CORPORATION,   :   **DISCLOSURE STATEMENT**
:
         Defendant.   :
:
---------------------------------------------------------------------- x

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges to evaluate possible disqualification or recusal, Costco Wholesale Corporation ("Costco") states that it has no parent corporation and that no publicly held corporation owns 10% or more of Costco's corporate stock.

Dated: New York, New York
   May 24, 2007

             FRIED, FRANK, HARRIS, SHRIVER
               & JACOBSON LLP


             By:  s/Darcy M. Goddard
               James W. Dabney
               Darcy M. Goddard

             One New York Plaza
             New York, New York 10004-1980
             Telephone: (212) 859-8000

             Attorneys for Defendant
             Costco Wholesale Corporation

550824.v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of May 2007, I caused true and correct copies of the attached Answer to Complaint and 7.1 Statement to be electronically filed with the Clerk of the United States District Court for the Southern District of New York using the CM/ECF system and that true and correct copies of the attached Answer to Complaint and 7.1 Statement were also served on the following by first-class mail:

Louis S. Ederer, Esq.
John Maltbie, Esq.
Arnold & Porter LLP
399 Park Avenue
New York, New York 10022
*Attorneys for Plaintiff*

Dated: New York, New York
       May 24, 2007

_____
Jeffrey J. Bednar
Paralegal