UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------- -------------------------------X
Yves Saint Laurent Parfums, S.A.          07 CIV. 3214 (LBS)
                et al
v.
Costo Wholesale Corp.

-------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-10-07
```

APPEARANCES:

Plaintiff by:                               Defendant by:

Louis S. Ederer, Esq.                       Fried, Frank, Harris, Shriver
                                            by James W. Dabney
Alan Vernock, Esq                           Darcy Goddard

of Arnold + Porter LLP

SAND, J.

      Pursuant to Fed. R. Civ. P. 16(b), after holding an initial pretrial conference, it is hereby ordered that:

1. The last date for joining additional parties or amending the pleadings shall be _____.

2. The last date for the filing and hearing of motions shall be _____.

3. All discovery shall be completed by _____.

4. A pretrial order shall be submitted by _____. The pretrial order shall conform with the Court's instructions, a copy of which may be obtained from the Deputy Clerk.

5. A pretrial conference shall be held on _____ at _____. This conference is to be attended by counsel who will actually try the case.

*As amended by agreement of the parties*

      If the action is for personal injuries, plaintiff is directed to make a monetary settlement demand and defendant is directed to respond to such demand prior to the pretrial conference.

      SO ORDERED.

DATED:  New York, New York
        7/9/07

                                            _____
                                                   U.S.D.J.