SAND 5.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-19-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
:
YVES SAINT LAURENT PARFUMS S.A. and YSL          :     Civil Action No.
BEAUTÉ INC.,                                      :     07 Civ. 3214 (LBS)
                                                 :
                Plaintiffs,                       :
                                                 :     STIPULATION AND
        - against -                              :     ORDER
                                                 :
COSTCO WHOLESALE CORPORATION,                    :
                                                 :
                Defendant.                        :
                                                 :
------------------------------------------------------x

        WHEREAS, pursuant to Rule 15 of the Federal Rules of Civil Procedure, plaintiffs Yves

Saint Laurent Parfums S.A. and YSL Beauté Inc. seek leave to file the Amended Complaint

attached hereto as Exhibit A; and

        WHEREAS, defendant Costco Wholesale Corporation, through its respective counsel,

consent to plaintiffs' filing of the Amended Complaint attached hereto as Exhibit A;

        IT IS HEREBY STIPULATED AND AGREED by the parties that

        1.      Plaintiffs shall be granted leave to file the Amended Complaint attached hereto as
Exhibit A; and

        2.      The Amended Complaint shall be deemed filed as of the date of entry of this
Stipulation and Order.

Dated: July 16, 2007

        ARNOLD & PORTER LLP                           FRIED, FRANK, HARRIS, SHRIVER &
                                                      JACOBSON LLP


By: _____                    By: _____
        Louis S. Ederer                               James W. Dabney
        399 Park Avenue                               One New York Plaza
        New York, New York 10022                      New York, New York 10004
        Ph: 212-715-1000                              Ph: 212-859-8000
        Fx: 212-715-1399                              Fx: 212.859.4000

SO ORDERED:

_____
LEONARD B. SAND, U.S.D.J.

7/19/07