# AMENDED COMPLAINT

# EXHIBIT A

Int. Cl.: 3

Prior U.S. Cls.: 51 and 52

## United States Patent and Trademark Office

Reg. No. 1,746,720

Registered Jan. 19, 1993

### TRADEMARK
### PRINCIPAL REGISTER



YVES SAINT LAURENT INTERNATIONAL B.V. (NETHERLANDS CORPORATION)
C/O TRUST INT'L MANAGEMENT B.V.WORLD TRADE CENTRE, TOWER B, 17TH FLOOR
STRAWINSKYLAAN 1725
1077 XX AMSTERDAM, NETHERLANDS

FOR: COSMETICS; NAMELY, LIPSTICK, LIP LINER, NAIL LACQUER, EYE MAKE-UP, FOUNDATION, FACE POWDER, CONCEALER,

BLUSH, SKIN CLEANSERS, CREAMS AND LOTIONS, IN CLASS 3 (U.S. CLS. 51 AND 52).

FIRST USE 1-1-1982; IN COMMERCE 1-1-1982.

OWNER OF U.S. REG. NOS. 855,232, 1,025,591, AND 1,289,676.

SER. NO. 74-270,524, FILED 4-29-1992.

NANCY L. HANKIN, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

**United States Patent and Trademark Office**

Reg. No. 2,172,541

Registered July 14, 1998

## TRADEMARK
### PRINCIPAL REGISTER

# YVES SAINT LAURENT

YVES SAINT LAURENT PARFUMS (FRANCE CORPORATION)
28/34 BOULEVARD DU PARC
92521 NEUILLY CEDEX, FRANCE

FOR: COSMETIC PRODUCTS, NAMELY, EYE-SHADOW, EYEBROW PENCILS, MASCARA, FACE POWDER, FACE-POWDER FLUID, EMULSION, SKIN LOTION, TOILET CREAM, VANISHING CREAM, COLD CREAM, CLEANSING CREAM, FOUNDATION, BLUSH, NAIL LACQUER, MAKE-UP PRIMER, WHITENING CREAM, CONCEALER, AND LIP-

STICK, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 6-0-1982; IN COMMERCE 6-0-1982.

"YVES SAINT LAURENT" REPRESENTS A PARTICULAR LIVING INDIVIDUAL WHOSE CONSENT, AUTHORIZING THE APPLICANT TO REGISTER HIS NAME, IS OF RECORD IN THIS APPLICATION.

SER. NO. 75-248,516, FILED 2-7-1997.

CRAIG D. TAYLOR, EXAMINING ATTORNEY

# AMENDED COMPLAINT

# EXHIBIT B





# AMENDED COMPLAINT

# EXHIBIT C





# AMENDED COMPLAINT

# EXHIBIT D



# AMENDED COMPLAINT

# EXHIBIT E



## CERTIFICATE OF SERVICE

I, Anthony D. Boccanfuso, the undersigned attorney at law duly admitted to practice in

the State of New York, respectfully show that on the 9th day of August 2007, the annexed

**AMENDED COMPLAINT** was served by hand delivery upon:

> James W. Dabney, Esq.
> Fried Frank Harris Shriver & Jacobson LLP
> One New York Plaza
> New York, New York 10004-1980

_Anthony D. Boccanfuso_