## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to 28 U.S.C. § 1746 that on the 7th day of August 2007, I caused true copies of the attached Answer to Amended Complaint to be served by first-class mail, with a courtesy copy by e-mail, on:

>Louis S. Ederer, Esq.
>Alan C. Veronick, Esq.
>Arnold & Porter LLP
>399 Park Avenue
>New York, New York  10002

Dated: New York, New York
August 20, 2007

Darcy M. Goddard