USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-26-07

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

YVES SAINT LAURENT
PARFUMS, S.A., et al.,
                                     :
                Plaintiffs,          :    07 Civ. 3214 (LBS)(HBP)
                                     :
    -against-                             ORDER
                                     :
COSTCO WHOLESALE CORPORATION,
                                     :
                Defendant.
                                     :
-----------------------------------X
```

PITMAN, United States Magistrate Judge:

Oral argument having been heard on September 21, 2007 concerning plaintiffs' application to compel defendant to identify its sources of supply for the allegedly infringing goods, for the reasons stated on the record in open court, it hereby ORDERED that:

    1. Plaintiff's application is granted. Defendant is directed to produce its supplier information to plaintiffs' counsel no later than October 2, 2007. If defendant files objections to my decision on or before October 2, 2007, defendant may continue to withhold its supplier information pending a decision on its objections from Judge Sand.

    2. In the absence of a further order of the Court, defendant's supplier information shall be limited to the eyes of outside counsel only and shall not

be disclosed to plaintiffs or their in-house legal staffs.

  3. Plaintiffs' counsel is directed to submit a revised proposed protective order that includes a category of material the disclosure of which is limited to outside counsel only.

Dated: New York, New York
    September 25, 2007

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

Louis S. Ederer, Esq.
Arnold & Porter LLP
399
Park Avenue
New York, New York  10022-4690

James W. Dabney, Esq.
Fried, Frank, Harris,
 Shriver & Jacobson LLP
One New York Plaza
New York, New York  10004-1980

2