# EXHIBIT 10

Case 1:07-cv-03214-LBS-HBP   Document 14-11   Filed 10/02/2007   Page 1 of 4

**Fried, Frank, Harris, Shriver & Jacobson LLP**

One New York Plaza
New York, New York 10004-1980
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com



Direct Line: 212.859.8966
Facsimile: 212.859.4000
E-mail:james_dabney@friedfrank.com

September 24, 2007

**BY TELECOPIER**

Louis S. Ederer, Esq.
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022-4690

    Re:    **Yves Saint Laurent Parfums, S.A. v. Costco Wholesale Corp.**

Dear Louis:

    We have your letter dated September 12, 2007, to Magistrate Judge Pitman, in which you state that YSL "needs supplier information in order to support its claim that the first sale of the goods at issue was not authorized."

    Passing over whether the Amended Complaint gives fair notice of any such claim, we would appreciate your soonest furnishing us with any information that the plaintiffs may have that leads them to believe (if they do) that "the first sale of the goods at issue was not authorized."

    During the September 21 hearing before Magistrate Judge Pitman, you stated that discovery of Costco supplier identities was justified because the goods at issue may have been "stolen." Sept. 21 Tr. at 3. If it is the plaintiffs' contention that the goods at issue were, in fact, "stolen" from the plaintiffs or one of their licensees, please furnish us with any information that the plaintiffs may have with regard to the date, location, and particulars of any such alleged theft incident, including any police reports that either plaintiff may have filed with respect to any such alleged theft incident.

    As an alternative theory for seeking discovery of Costco supplier identities, you told Magistrate Judge Pitman that the goods at issue may have been sold by "one of our licensees who is a rogue." Sept. 21 Tr. at 3. If it is the plaintiffs' contention that the goods at issue were, in fact, first sold by a "rogue" licensee of the plaintiffs, please furnish us with any information that the plaintiffs may have that leads them to believe that some particular licensee of theirs is a "rogue" and has made one or more sales of YSL-branded goods without plaintiffs' authorization, including any letters that either plaintiff has sent to any licensee concerning any actual or suspected sales of YSL-branded goods without plaintiffs' authorization.

**Fried, Frank, Harris, Shriver & Jacobson LLP**

Louis S. Ederer, Esq.  September 24, 2007
  Page 2

  If on the other hand, your references at the September 21 hearing to "stolen" goods and "rogue" licensees were just theoretical speculations (as distinct from factual allegations that the plaintiffs claim to have actually made in the Amended Complaint), it would be helpful if you would clarify that point for us.

  Thank you.

  Very truly yours,

  James W. Dabney

556497

```
Confirmation Report - Memory Send

                    Date & Time: Sep-24-2007  06:04pm
                    Tel line    : +
                    Machine ID  : FFHS&J LLP 24B


Job number          :  786

Date & Time         :  Sep-24  06:03pm

To                  :  912127151399

Number of pages     :  003

Start time          :  Sep-24  06:03pm

End time            :  Sep-24  06:04pm

Pages sent          :  003

Status              :  OK

Job number   : 786              *** SEND SUCCESSFUL ***
```

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004-1980
Tel: 212.859.8000
Fax: 212.859.4000
www.friedfrank.com

## FAX COVER SHEET

**FRIED FRANK**

**Date:** September 24, 2007
**From:** James W. Dabney
**Sender's Phone:** 212.859.8966
**Sender's Fax:** 212-859-4000
**Sender's Email:** dabnejam@ffhsj.com
**Number of Pages** (including cover sheet): 2

| Recipient | Company | Fax | Phone |
|---|---|---|---|
| Louis S. Ederer | Arnold & Porter LLP | 212-715-1399 | 212-715-1122 |

**Comments:** Please see attached letter.

If you have any problems receiving this transmission, please contact us at 212.859.8362.

**************************************************

IRS Circular 230 Disclosure: Any U.S. tax advice herein (or in any attachments hereto) was not intended or written to be used, and cannot be used, by any taxpayer to avoid U.S. tax penalties. Any such tax advice that is used or referred to by others to promote, market or recommend any entity, plan or arrangement should be construed as written in connection with that promotion, marketing or recommendation, and the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

**************************************************

Confidentiality Notice:
The information contained in this facsimile message may be legally privileged and confidential. It is intended only for the use of the addressee named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address above via the United States Postal Service. We will reimburse any costs you incur in notifying us and returning the message to us. Thank you.

A Delaware Limited Liability Partnership
New York • Washington • London • Paris • Frankfurt • Hong Kong