UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

YVES SAINT LAURENT
PARFUMS, S.A., et al.,

                Plaintiffs,      07 Civ. 3214 (LBS)(HBP)

  -against-                        ORDER

COSTCO WHOLESALE CORPORATION,

                Defendant.

----------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-10-07

        PITMAN, United States Magistrate Judge:

        Plaintiff's application for an extension of discovery is granted in part. The deadline for the completion of discovery is extended by thirty (30) days to November 30, 2007. All other dates set in paragraphs 5 through 12 of Judge Sand's July 9, 2007 Scheduling Order are also extended by thirty (30) days.

Dated:  New York, New York
       October 9, 2007

                                SO ORDERED

                                _____
                                HENRY PITMAN
                                United States Magistrate Judge

Copies transmitted to:

Louis S. Ederer, Esq.
Arnold & Porter LLP
399 Park Avenue
New York, New York 10022-4690

James W. Dabney, Esq.
Fried, Frank, Harris,
    Shriver & Jacobson LLP
One New York Plaza
New York, New York  10004-1980