## CERTIFICATE OF SERVICE

I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on the 16th day of October, 2007 I caused to be served on the following, by the methods described below, a true copy of the foregoing Reply Brief in Support of Rule 72(a) Objections to Magistrate Judge's Order.

**FIRST-CLASS MAIL**

Louis S. Ederer, Esq.
Alan C. Veronick
Arnold & Porter LLP
399 Park Avenue
New York, New York 10022
*Attorneys for Plaintiff*

Dated: New York, New York
　　　　October 16, 2007

_____
Jeffrey J. Bednar

557746