Louis S. Ederer
John Maltbie
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
(212) 715-1000

*Attorneys for Plaintiffs Yves Saint Laurent Parfums S.A.
and YSL Beauté Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
YVES SAINT LAURENT PARFUMS S.A. and :
YSL BEAUTÉ INC., :
: Civil Action No.
: 07 Civ. 3214 (LBS) (HP)
Plaintiffs, :
:
- against - :
:
COSTCO WHOLESALE CORPORATION, :
:
Defendant. :
:
-------------------------------------------------------------- x

# REPLY DECLARATION OF LOUIS S. EDERER IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO AMEND THE COMPLAINT

LOUIS S. EDERER, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct to the best of his knowledge:

1. I am a member of the firm of Arnold & Porter LLP, attorneys for Plaintiffs Yves Saint Laurent Parfums S.A. and YSL Beauté Inc. (collectively "YSL") in the above entitled action. I make this reply declaration in response to defendant Costco Wholesale Corporation ("Costco")'s October 24, 2007 opposition brief, and in further support of YSL's motion to amend the complaint in this case

1

2. Attached hereto as Exhibit A is a true and correct copy of YSL's October 9, 2007 letter motion pursuant to Federal Rule 15 to amend YSL's complaint in this action to add a claim against Costco for counterfeiting.

3. Attached hereto as Exhibit B is a true and correct copy of YSL's October 19, 2007 letter to the Hon. Leonard B. Sand, Hon. Henry Pitman and Hon. Joseph F. Bianco concerning Costco's filing of its declaratory judgment complaint in the Eastern District of New York.

4. Attached hereto as Exhibit C is a true and correct copy of Judge Sand's October 16, 2007 Order.

EXECUTED UNDER PENALTY OF PERJURY THIS 24th DAY OF OCTOBER, 2007.

*Louis S. Ederer*
Louis S. Ederer