# **EXHIBIT C**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-16-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
YVES SAINT LAURENT PARFUMS S.A.
AND YSL BEAUTE INC.,

            Plaintiffs,

    v.

COSTCO WHOLESALE CORPORATION,

            Defendant.
-----------------------------------------------------------x

**Memorandum & Order**

07 Civ. 3214 (LBS)

SAND, J.,

    On September 25, 2007, United States Magistrate Judge Henry Pitman issued a discovery Order compelling Costco to produce information relating to its suppliers of Yves Saint Laurent products. On October 2, 2007, Defendant Costco Corporation filed objections to the Magistrate Judge's Order pursuant to Rule 72(a) of the Federal Rules of Civil Procedure. The Court has considered the arguments raised by Costco and finds them without merit. Judge Pitman's September 25, 2007 Order is hereby AFFIRMED.

    Plaintiffs have requested that the Case Management Schedule be extended for ninety (90) days to allow the parties to complete discovery. Plaintiffs' request for an extension of time is GRANTED.

SO ORDERED.

Dated: October 16, 2007
New York, NY

_____
U.S.D.J.