# EXHIBIT 2

**Fried, Frank, Harris, Shriver & Jacobson LLP**

One New York Plaza
New York, New York 10004-1980
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com



Direct Line: 212.859.8966
Fax: 212.859.8584
dabnejam@ffhsj.com

October 3, 2007

**BY TELECOPIER**

Louis S. Ederer, Esq.
Arnold & Porter LLP
399 Park Avenue
New York, New York 10002

**Re: OPIUM**

Dear Mr. Ederer:

We have your letter dated October 2, 2007.

We would appreciate your providing us with any specific evidence that your office may have that someone has supplied counterfeit OPIUM product to Costco. Be assured that if any such activity has occurred, Costco will take appropriate action.

We look forward to your prompt response.

Very truly yours,

James W. Dabney

JWD:hpw
557042

# Confirmation Report – Memory Send

Date & Time: Oct-03-2007 05:01pm
Tel line : +
Machine ID : FFHS&J LLP 24B

| | | |
|---|---|---|
| Job number | : | 813 |
| Date & Time | : | Oct-03 05:00pm |
| To | : | 97151399 |
| Number of pages | : | 002 |
| Start time | : | Oct-03 05:00pm |
| End time | : | Oct-03 05:00pm |
| Pages sent | : | 002 |
| Status | : | OK |

Job number : 813 *** SEND SUCCESSFUL ***

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004-1980
Tel: 212.859.8000
Fax: 212.859.4000
www.friedfrank.com

## FAX COVER SHEET

FRIED FRANK

**Date:** October 3, 2007
**From:** James W. Dabney
**Sender's Phone:** 212.859.8966
**Sender's Fax:** 212.859.4000
**Sender's Email:** dabnejam@ffhsj.com
**Number of Pages** (including cover sheet): 2

| Recipient | Company | Fax | Phone |
|---|---|---|---|
| Louis S. Ederer, Esq. | Arnold & Porter LLP | (212) 715-1399 | (212) 715-1000 |

**Comments:**

If you have any problems receiving this transmission, please contact us at 212.859.8362.
**************************************************

IRS Circular 230 Disclosure: Any U.S. tax advice herein (or in any attachments hereto) was not intended or written to be used, and cannot be used, by any taxpayer to avoid U.S. tax penalties. Any such tax advice that is used or referred to by others to promote, market or recommend any entity, plan or arrangement should be construed as written in connection with that promotion, marketing or recommendation, and the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

**************************************************

**Confidentiality Notice:**
The information contained in this facsimile message may be legally privileged and confidential. It is intended only for the use of the addressee named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address above via the United States Postal Service. We will reimburse any costs you incur in notifying us and returning the message to us. Thank you.

A Delaware Limited Liability Partnership
New York • Washington • London • Paris • Frankfurt • Hong Kong