# EXHIBIT 3

# Dabney, James W.

| | |
|---|---|
| **From:** | Dabney, James W. |
| **Sent:** | Thursday, October 04, 2007 5:56 PM |
| **To:** | 'Louis_Ederer@aporter.com' |
| **Subject:** | RE: YSL/Costco |

Lou,

Left you a voice mail message. Can you tell us what it is about the product in question that leads YSL to believe that it is counterfeit? We will, if you wish, hold all such information on an outside counsel's eyes only basis. Costco is investigating to determine whether all inventory at the store in question came from a single shipment. The more information you can provide us, the more rapidly Costco can deal with your client's claim.

Thank you.

-----Original Message-----
From: Louis_Ederer@aporter.com [mailto:Louis_Ederer@aporter.com]
Sent: Thursday, October 04, 2007 10:16 AM
To: Dabney, James W.
Cc: Goddard, Darcy; Alan_Veronick@aporter.com
Subject: YSL/Costco

Dear Mr. Dabney:

I received your letter of yesterday, October 2, 2007, regarding the counterfeit goods being sold at Costco.

In response to your inquiry, YSL has examined purported OPIUM product purchased at a Costco store in North Miami Beach, Florida, and the product is counterfeit. The Costco item number is 133434.

Please respond to all points in my October 1 letter immediately. If we do not hear from you, we intend to bring this matter to the attention of Judge Sand.

Yours truly,

Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York, New York 10022
Tel: 212-715-1102
Fax: 212-715-1399
Email: louis.ederer@aporter.com
www.arnoldporter.com

------------------------------------------------------------------------
This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
------------------------------------------------------------------------

| | |
|---|---|
| Louis Ederer | Louis_Ederer@aporter.com |
| Arnold & Porter LLP | Telephone: 212-715-1102 |
| 399 Park Avenue | Fax: 212-715-1399 |
| New York, NY 10022-4690 | |

For more information about Arnold & Porter LLP, click here:
   http://www.arnoldporter.com