# EXHIBIT 4

**Dabney, James W.**

| | |
|---|---|
| From: | Dabney, James W. |
| Sent: | Monday, October 08, 2007 11:08 AM |
| To: | 'Louis_Ederer@aporter.com' |
| Subject: | Re: YSL/Costco |

Lou,

We are not sure why your clients persist in refusing to share with us whatever evidence they may have that leads them to conclude that some OPIUM product that someone allegedly purchased in a Costco store is "counterfeit."

If any such evidence exists, please provide it to us immediately.

Costco is fully prepared to cooperate with your clients with respect to this matter, but it cannot determine the appropriate course of action if your clients persist in withholding all evidence that Costco would need to satisfy itself, and any supplier it might seek recourse from, that a recall and return are appropriate.


----- Original Message -----
From: Louis_Ederer@aporter.com <Louis_Ederer@aporter.com>
To: Dabney, James W.
Cc: Alan_Veronick@aporter.com <Alan_Veronick@aporter.com>
Sent: Fri Oct 05 18:16:30 2007
Subject: RE: YSL/Costco


James:

I am not sure why, instead of responding to our demands, you continue to ask questions. It is distressing to us is that you have had our letter since Tuesday, indicating that a product that is applied to the skin is counterfeit, and as of the close of business Friday we still don't have your commitment to remove the goods from sale. The answer to your question is very simple: YSL has analyzed both the packaging and the contents and has determined that both are counterfeit. I reiterate our demand that Costco immediately (i) remove all products from sale; (ii) disclose the identity of its supplier; (iii) provide a full accounting of all purchases and sales; (iv) indicate how many units of the product it has remaining in inventory; and (v) confirm that it is holding the goods in inventory and will not return them to its supplier or otherwise dispose of them. I look forward to your favorable reply by midday Monday.

Yours truly,

Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York, New York 10022
Tel: 212-715-1102
Fax: 212-715-1399
Email: louis.ederer@aporter.com
www.arnoldporter.com



| | | |
|---|---|---|
| "Dabney, James W." <dabnejam@friedfrank.com> | | To  Louis Ederer/Atty/NY/ArnoldAndPorter@APORTER |

1