Anthony J. Viola
Andre K. Cizmarik
Paul E. Dans
Edwards Angell Palmer & Dodge, LLP
750 Lexington Avenue
New York, NY 10022
(212) 308-4411
Attorneys for Quality King Distributors, Inc. and
Quality King Fragrance, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YVES SAINT LAURENT PARFUMS, S.A. and YSL BEAUTÉ INC., <br><br> Plaintiffs, <br><br> - against - <br><br> COSTCO WHOLESALE CORPORATION, QUALITY KING DISTRIBUTORS, INC. and J & H COSMETICS LTD., <br><br> Defendants. | Civil Action No. <br> 07 Civ. 3214 (LBS)(HP) <br><br><br><br><br><br> **RULE 7.1 STATEMENT** |
| QUALITY KING FRAGRANCE, INC., <br><br> Third Party Plaintiff, <br><br> - against - <br><br> J&H COSMETICS, LTD., <br><br> Third Party Defendant. | |

Defendant Quality King Distributors, Inc. ("Quality King"), by and through its attorneys Edwards Angell Palmer & Dodge LLP, hereby discloses the following corporate parents, and any publicly held corporation that owns more than 10% or more of its stock: None.

- 2 -

Dated: New York, NY
      November 21, 2007

                                        */s/ Anthony J. Viola*
Anthony J. Viola
Andre K. Cizmarik
Paul E. Dans
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Quality King Distributors, Inc. and
Quality King Fragrance, Inc.
750 Lexington Avenue
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YVES SAINT LAURENT PARFUMS, S.A. and YSL BEAUTÉ INC., <br><br> Plaintiffs, <br><br> - against - <br><br> COSTCO WHOLESALE CORPORATION, QUALITY KING DISTRIBUTORS, INC. and J & H COSMETICS LTD., <br><br> Defendants. | Civil Action No. <br> 07 Civ. 3214 (LBS)(HP) |
| QUALITY KING FRAGRANCE, INC., <br><br> Third Party Plaintiff, <br><br> - against - <br><br> J&H COSMETICS, LTD., <br><br> Third Party Defendant. | |

### CERTIFICATE OF SERVICE

Paul E. Dans, being duly sworn, deposes and says:

I am a member of the Bar of this Court and state the following under penalty of perjury. On this 21th day of November 2007, I caused to be served by hand delivery a true and exact copy of defendant Quality King Distributors, Inc.'s and third party plaintiff Quality King Fragrance, Inc.'s ("QK Fragrance")ANSWER AND CROSSCLAIMS and accompanying RULE 7.1 STATEMENT, upon the following:

NYC_287215_1.DOC/

- 2 -

Louis S. Ederer, Esq.
John Maltbie, Esq.
ARNOLD & PORTER LLP
399 Park Avenue
New York, N.Y. 10022
*Attorneys for plaintiffs*

James W. Dabney, Esq.
Alexander T. Korn, Esq.
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, N.Y. 10004
*Attorneys for defendant Costco Wholesale Corporation*

and by depositing same, in the exclusive care and custody of an overnight courier addressed to:

Jeffrey Heller, Esq.
SOMER & HELLER LLP
2171 Jericho Turnpike
Commack, New York 11725

                                        /s/ Paul E. Dans
                                          Paul E. Dans

NYC_287215_1.DOC