UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                              )
YVES SAINT LAURENT PARFUMS S.A.                               )   Civil Action No.
and YSL BEAUTE INC.,                                          )   07 Civ. 3214 (LBS)(HP)
                                                              )
                Plaintiffs,                      )
                                                              )
       - against -                                     )   **AFFIDAVIT OF SERVICE**
                                                              )
COSTCO WHOLESALE CORPORATION,                                 )
QUALITY KING DISTRIBUTORS, INC.                               )
and J & H COSMETICS, LTD.,                                    )
                                                              )
                Defendants.                      )
                                                              )
-------------------------------------------------------------x

STATE OF NEW YORK)
                           :S.S
COUNTY OF SUFFOLK)

      I, CHRISTINE LAPINE, being duly sworn say:

      I am not a party to the action, am over 18 years of age and reside in Patchogue, New York.

      On December 4, 2007, I served the within Answer upon Louis S. Ederer, Esq., ARNOLD & PORTER LLP, 399 Park Avenue, New York, NY 10022 depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the care and custody of the United State Postal Service within New York State.

                                                          S/
                                           CHRISTINE LAPINE

Sworn to before me this
4th day of December, 2007

    S/
Notary Public