UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                )
YVES SAINT LAURENT PARFUMS S.A.                 )    Civil Action No.
and YSL BEAUTE INC.,                            )    07 Civ. 3214 (LBS)(HP)
                                                )
                    Plaintiffs,                 )
                                                )
        - against -                             )    **AFFIDAVIT OF SERVICE**
                                                )
COSTCO WHOLESALE CORPORATION,                   )
QUALITY KING DISTRIBUTORS, INC.                 )
and J & H COSMETICS, LTD.,                      )
                                                )
                    Defendants.                 )
                                                )
-----------------------------------------------------------------x

STATE OF NEW YORK)
                 :S.S
COUNTY OF SUFFOLK)

    I, CHRISTINE LAPINE, being duly sworn say:

    I am not a party to the action, am over 18 years of age and reside in Patchogue, New York.

    On December 4, 2007, I served the within Rule 7.1 Statement upon Louis S. Ederer, Esq., ARNOLD & PORTER LLP, 399 Park Avenue, New York, NY 10022 depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the care and custody of the United State Postal Service within New York State.

                                                                                                 S/
                                                                              CHRISTINE LAPINE

Sworn to before me this
4th day of December, 2007

     S/
Notary Public