UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                                )
YVES SAINT LAURENT PARFUMS S.A.                                 )   Civil Action No.
and YSL BEAUTE INC.,                                            )   07 Civ. 3214 (LBS)(HP)
                                                                )
                        Plaintiffs,                             )
                                                                )
        - against -                                             )   **RULE 7.1 STATEMENT**
                                                                )
COSTCO WHOLESALE CORPORATION,                                   )
QUALITY KING DISTRIBUTORS, INC.                                 )
and J & H COSMETICS, LTD.,                                      )
                                                                )
                        Defendants.                             )
                                                                )
----------------------------------------------------------------x

      Defendant J & H COSMETICS, LTD., by its attorneys SOMER & HELLER LLP, hereby discloses the following corporate parents and any publicly held corporation that owns more than 10% of its stock: None

DATED:    December 4, 2007
              Commack, New York

                                                        Yours, etc.

                                                        S/
                                       JEFFREY T. HELLER, ESQ. (JH 2720)
                                       SOMER & HELLER LLP
                                       Attorneys for Defendant J&H
                                       2171 Jericho Turnpike, Suite 350
                                       Commack, New York 11725
                                       631-462-2323