```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
YVES SAINT LAURENT                  :
PARFUMS, S.A., et al.,
                                    :
                Plaintiffs,            07 Civ. 3214 (LBS)(HBP)
                                    :
    -against-                          ORDER
                                    :
COSTCO WHOLESALE CORPORATION,
                                    :
                Defendant.
                                    :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-5-07

       PITMAN, United States Magistrate Judge:

       A conference having been held on December 4, 2007 during which various discovery disputes were discussed, for the reasons stated on the record in open court, it is hereby ORDERED that:

       1.  The Rule 30(b)(6) deposition of Yves Saint Laurent Parfums, S.A. ("YSL") shall proceed on December 12, 2007. If YSL's 30(b)(6) designee chooses to testify in whole or in part through an interpreter, YSL shall bear the cost of the interpreter in the first instance. The cost of the interpreter will be a taxable cost at the conclusion of this action in the event YSL prevails.

       2.  Defendant's second set of interrogatories to plaintiffs are quashed. I find that they are duplica-

tive of the 30(b)(6) deposition defendants seek to conduct.

Dated:   New York, New York
         December 5, 2007

SO ORDERED

HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

Louis S. Ederer, Esq.
Arnold & Porter LLP
399 Park Avenue
New York, New York   10022-4690

James W. Dabney, Esq.
Fried, Frank, Harris,
   Shriver & Jacobson LLP
One New York Plaza
New York, New York   10004-1980