## UNITED STATES DISTRICT COURT

_____SOUTHERN_____ District of _____NEW YORK_____

YVES SAINT LAURENT PARFUMS S.A., YSL BEAUTÉ INC., and QUALITY KING DISTRIBUTORS, INC.,

    Plaintiffs,

- against -

COSTCO WHOLESALE CORPORATION, QUALITY KING DISTRIBUTORS, INC. and J & H COSMETICS LTD.,

    Defendants.

-------------------------------------------------------------x

QUALITY KING FRAGRANCE, INC.,

    Third Party Plaintiff,

- against -

J&H COSMETICS, LTD.,

    Third Party Defendant.

-------------------------------------------------------------x

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 07 CV 3214 (LBS) (HP)

To: Name and address of Third Party Defendant

J&H Cosmetics, Ltd.
58 Eagle Chase
Woodbury, New York 11797

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFFS' ATTORNEY (name and address) | THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Louis S. Ederer, Esq.<br>John Maltbie, Esq.<br>ARNOLD & PORTER LLP<br>399 Park Avenue<br>New York, N.Y. 10022 | Anthony J. Viola, Esq.<br>Andre K. Cizmarik, Esq.<br>EDWARDS ANGELL PALMER & DODGE LLP<br>750 Lexington Avenue<br>New York, N.Y. 10022 |

O AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

an answer to the third-party complaint which is served on you with this summons, within ___20___ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiffs complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____J. MICHAEL McMAHON_____         _____NOV 21 2007_____
CLERK                                   DATE

___/s/___
(By) DEPUTY CLERK

-2-

O AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER | TITLE |
| Check one box below to indicate appropriate method of service | |

☐ Served personally upon the third-party defendant. Place where served:
_____

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted:
_____
_____

☐ Other (specify):
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                    Signature of Server

                                   Address of Server

*Service accepted*
*11/28/07* [signature]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.    NYC_287196_1.DOC

American LegalNet, Inc.
www.USCourtForms.com