## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of December 2007, I caused a true and correct copy of the Answer to the Second Amended Complaint on behalf of Costco Wholesale Corporation to be electronically filed with the Clerk of the United States District Court for the Southern District of New York using the CM/ECF system which will send notification of such filing to:

Louis S. Ederer, Esq.
Arnold & Porter LLP
399 Park Avenue
New York, New York 10022
Email: louis.ederer@aporter.com
*Attorneys for Plaintiff*

Anthony Joseph Viola
Edwards Angell Palmer & Dodge, LLP
750 Lexington Avenue
New York, NY 10022
Email: aviola@eapdlaw.com
*Attorneys for Quality King Distributors, Inc.*

Jeffrey T. Heller
Somer & Heller, LLP
2171 Jericho Turnpike, Ste. 350
Commack, NY 11725
Email: jheller@somerheller.com
*Attorneys for J&H Cosmetics LTD*

Dated: New York, New York
       December 7, 2007

_____
Jeffrey J. Bednar
Paralegal

560636.1