UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| YVES SAINT LAURENT PARFUMS S.A. and YSL BEAUTE INC., | Civil Action No. 07 Civ. 3214 (LBS)(HP) |
| Plaintiffs, | |
| - against - | **AFFIDAVIT OF SERVICE** |
| COSTCO WHOLESALE CORPORATION, QUALITY KING DISTRIBUTORS, INC. and J & H COSMETICS, LTD., | |
| Defendants. | |

-------------------------------------------------------------x

QUALITY KING FRAGRANCE, INC.,

        Third Party Plaintiff,

        -against-

J & H COSMETICS, LTD.,

        Third Party Defendant.

-------------------------------------------------------------x

STATE OF NEW YORK)
                :S.S
COUNTY OF SUFFOLK)

      I, CHRISTINE LAPINE, being duly sworn say:

      I am not a party to the action, am over 18 years of age and reside in Patchogue, New York.

      On December 14, 2007, I served the within Answer to Third Party Complaint upon Andre Cizmarik, EDWARDS ANGELL PALMER & DODGE LLP, 750 Lexington Avenue, New York, New York 10002 by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the care and custody of the United State Postal Service within New York State.

                                                                                      S/
                                                             CHRISTINE LAPINE

Sworn to before me this
14th day of December, 2007

_____
Notary Public