UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Yves Saint Laurent Parfums, S.A., et al.

                Plaintiffs,

-v-

Costco Wholesale Corp., et al.

                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-17-07

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07  Civ. 3214 (LBS )(HP )

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| xx | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)  Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Settlement* | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)  Particular Motion:_____ _____ |
| ___ | Inquest After Default/Damages Hearing | | All such motions: ___ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:  New York, New York
              12/17/07

                                      United States District Judge