Louis S. Ederer
John Maltbie
Matthew T. Salzmann
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
(212) 715-1000

*Attorneys for Plaintiffs Yves Saint Laurent Parfums S.A.*
*and YSL Beauté Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- x
                                       :

YVES SAINT LAURENT PARFUMS S.A. and :   Civil Action No.
YSL BEAUTÉ INC.,                     :   07 Civ. 3214 (LBS) (HP)

                 Plaintiffs,      :

           - against -        :

COSTCO WHOLESALE CORPORATION,   :
QUALITY KING DISTRIBUTORS, INC. and  :
J & H COSMETICS LTD.,           :

             Defendants.     :

------------------------------------------------------------- x
------------------------------------------------------------- x
                               :

QUALITY KING FRAGRANCE, INC.,     :

         Third Party Plaintiff,    :

           - against -        :

J & H COSMETICS LTD.,           :

        Third Party Defendant.  :

------------------------------------------------------------- x

**EXHIBIT H**

**Legifrance** .gouv.fr

LE SERVICE PUBLIC DE LA DIFFUSION DU DROIT

Accueil > Les codes en vigueur > Détail d'un article

## Code pénal

▶ Partie législative
  ▶ LIVRE II : Des crimes et délits contre les personnes
    ▶ TITRE II : Des atteintes à la personne humaine
      ▶ CHAPITRE VI : Des atteintes à la personnalité
        ▶ Section 4 : De l'atteinte au secret
          ▶ Paragraphe 2 : De l'atteinte au secret des correspondances.

Article 226-15
Modifié par Ordonnance n°2000-916 du 19 septembre 2000 - art. 3 (V)

Le fait, commis de mauvaise foi, d'ouvrir, de supprimer, de retarder ou de détourner des correspondances arrivées ou non à destination et adressées à des tiers, ou d'en prendre frauduleusement connaissance, est puni d'un an d'emprisonnement et de 45000 euros d'amende.

Est puni des mêmes peines le fait, commis de mauvaise foi, d'intercepter, de détourner, d'utiliser ou de divulguer des correspondances émises, transmises ou reçues par la voie des télécommunications ou de procéder à l'installation d'appareils conçus pour réaliser de telles interceptions.

Cité par :
..........Arrêté du 25 mars 1991 - art. ANNEXE (V)
..........Arrêté du 9 mai 1994 - art. Annexe (Ab)
..........Arrêté du 29 juillet 2004 - art. ANNEXE I (V)
..........Code pénal - art. 226-3 (V)

Codifié par Loi 92-684 1992-07-22

Détail d'un article de code



Accueil > Les codes en vigueur > Détail d'un article

## Code pénal

▶ Partie législative
  ▶ LIVRE IV : Des crimes et délits contre la nation, l'Etat et la paix publique
    ▶ TITRE III : Des atteintes à l'autorité de l'Etat
      ▶ CHAPITRE II : Des atteintes à l'administration publique commises par des personnes exerçant une fonction publique
        ▶ Section 2 : Des abus d'autorité commis contre les particuliers
          ▶ Paragraphe 4 : Des atteintes au secret des correspondances.

---

### Article 432-9
Modifié par Loi n°2004-669 du 9 juillet 2004 - art. 121 ()

Le fait, par une personne dépositaire de l'autorité publique ou chargée d'une mission de service public, agissant dans l'exercice ou à l'occasion de l'exercice de ses fonctions ou de sa mission, d'ordonner, de commettre ou de faciliter, hors les cas prévus par la loi, le détournement, la suppression ou l'ouverture de correspondances ou la révélation du contenu de ces correspondances, est puni de trois ans d'emprisonnement et de 45000 euros d'amende.

Est puni des mêmes peines le fait, par une personne visée à l'alinéa précédent ou un agent d'un exploitant de réseaux ouverts au public de communications électroniques ou d'un fournisseur de services de télécommunications, agissant dans l'exercice de ses fonctions, d'ordonner, de commettre ou de faciliter, hors les cas prévus par la loi, l'interception ou le détournement des correspondances émises, transmises ou reçues par la voie des télécommunications, l'utilisation ou la divulgation de leur contenu.

Cité par :
..........Arrêté du 25 mars 1991 - art. ANNEXE (V)
..........Code pénal - art. 725-2 (M)

Codifié par Loi 92-686 1992-07-22