Louis S. Ederer
John Maltbie
Matthew T. Salzmann
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
(212) 715-1000

*Attorneys for Plaintiffs Yves Saint Laurent Parfums S.A. and YSL Beauté Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

YVES SAINT LAURENT PARFUMS S.A. and YSL BEAUTÉ INC.,

        Plaintiffs,

- against -

COSTCO WHOLESALE CORPORATION, QUALITY KING DISTRIBUTORS, INC. and J & H COSMETICS LTD.,

        Defendants.

------------------------------------------------------------ x
------------------------------------------------------------ x

QUALITY KING FRAGRANCE, INC.,

        Third Party Plaintiff,

- against -

J & H COSMETICS LTD.,

        Third Party Defendant.

------------------------------------------------------------ x

Civil Action No.
07 Civ. 3214 (LBS) (HP)

**EXHIBIT I**

17 Juillet 1980     JOURNAL OFFICIEL DE LA REPUBLIQUE FRANÇAISE     1799

# LOIS

**LOI n° 80-538 du 16 juillet 1980** relative à la communication de documents et renseignements d'ordre économique, commercial ou technique à des personnes physiques ou morales étrangères (1).

L'Assemblée nationale et le Sénat ont adopté,

Le Président de la République promulgue la loi dont la teneur suit :

Art. 1er. — Le titre de la loi n° 68-678 du 26 juillet 1968 relative à la communication de documents et renseignements à des autorités étrangères dans le domaine du commerce maritime est modifié ainsi qu'il suit :

« Loi relative à la communication de documents et renseignements d'ordre économique, commercial, industriel, financier ou technique à des personnes physiques ou morales étrangères. »

Art. 2. — I. — L'article 1er de la loi n° 68-678 du 26 juillet 1968 susvisée est ainsi rédigé :

« Art. 1er. — Sous réserve des traités ou accords internationaux, il est interdit à toute personne physique de nationalité française ou résidant habituellement sur le territoire français et à tout dirigeant, représentant, agent ou préposé d'une personne morale y ayant son siège ou un établissement de communiquer par écrit, oralement ou sous toute autre forme, en quelque lieu que ce soit, à des autorités publiques étrangères, les documents ou les renseignements d'ordre économique, commercial, industriel, financier ou technique dont la communication est de nature à porter atteinte à la souveraineté, à la sécurité, aux intérêts économiques essentiels de la France ou à l'ordre public, précisés par l'autorité administrative en tant que de besoin. »

II. — Il est inséré, après l'article 1er de la loi n° 68-678 du 26 juillet 1968 susvisée, un article 1er bis ainsi rédigé :

« Art. 1er bis. — Sous réserve des traités ou accords internationaux et des lois et règlements en vigueur, il est interdit à toute personne de demander, de rechercher ou de communiquer, par écrit, oralement ou sous toute autre forme, des documents ou renseignements d'ordre économique, commercial, industriel, financier ou technique tendant à la constitution de preuves en vue de procédures judiciaires ou administratives étrangères ou dans le cadre de celles-ci. »

Art. 3. — L'article 2 de la loi n° 68-678 du 26 juillet 1968 susvisée est ainsi modifié :

« Art. 2. — Les personnes visées aux articles 1er et 1er bis sont tenues d'informer sans délai le ministre compétent lorsqu'elles se trouvent saisies de toute demande concernant de telles communications. »

Art. 4. — L'article 3 de la loi n° 68-678 du 26 juillet 1968 précitée est ainsi modifié :

« Art. 3. — Sans préjudice des peines plus lourdes prévues par la loi, toute infraction aux dispositions des articles 1er et 1er bis de la présente loi sera punie d'un emprisonnement de deux mois à six mois et d'une amende de 10 000 F à 120 000 F ou de l'une de ces deux peines seulement. »

La présente loi sera exécutée comme loi de l'Etat.

Fait à Paris, le 16 juillet 1980.

VALÉRY GISCARD D'ESTAING.

Par le Président de la République :

Le Premier ministre,
RAYMOND BARRE.

Le garde des sceaux, ministre de la justice,
ALAIN PEYREFITTE.

Le ministre des affaires étrangères,
JEAN FRANÇOIS-PONCET.

Le ministre de l'économie,
RENÉ MONORY.

Le ministre de l'industrie,
ANDRÉ GIRAUD.

Le ministre des transports,
JOËL LE THEULE.

Le ministre du commerce extérieur,
JEAN-FRANÇOIS DENIAU.

Le ministre du commerce et de l'artisanat,
MAURICE CHARRETIER.

---

**LOI n° 80-539 du 16 juillet 1980** relative aux astreintes prononcées en matière administrative et à l'exécution des jugements par les personnes morales de droit public (1).

L'Assemblée nationale et le Sénat ont adopté,

Le Président de la République promulgue la loi dont la teneur suit :

Art. 1er. — I. — Lorsqu'une décision juridictionnelle passée en force de chose jugée a condamné l'Etat au paiement d'une somme d'argent dont le montant est fixé par la décision elle-même, cette somme doit être ordonnancée dans un délai de quatre mois à compter de la notification de la décision de justice.

---

Loi n° 80-538    TRAVAUX PRÉPARATOIRES (1)

Sénat :

   Projet de loi n° 469 (1978-1979) ;
   Rapport de M. Legrand, au nom de la commission des affaires économiques, n° 210 (1979-1980).
   Discussion et adoption le 29 mai 1980.

Assemblée nationale :

   Projet de loi, adopté par le Sénat (n° 1771) ;
   Rapport de M. Mayoud, au nom de la commission de la production (n° 1814) ;
   Discussion et adoption le 24 juin 1980.

Sénat :

   Projet de loi, modifié par l'Assemblée nationale, n° 339 (1979-1980) ;
   Rapport de M. Legrand, au nom de la commission des affaires économiques, n° 352 (1979-1980) ;
   Discussion et adoption le 30 juin 1980.

NOTA. — Les documents parlementaires indiqués dans les travaux préparatoires rappelés à la fin des textes législatifs sont vendus ou expédiés par la Direction des Journaux officiels, 26, rue Desaix, 75732 PARIS Cedex 15, au prix de 1 F l'exemplaire ; ne pas régler la commande à l'avance mais attendre d'avoir reçu la facture.

---

Loi n° 80-539    TRAVAUX PRÉPARATOIRES (1)

Sénat :

   Projet de loi n° 273 (1976-1977) ;
   Rapport de M. Tailhades, au nom de la commission des lois, n° 299 (1976-1977) ;
   Discussion et adoption le 26 mai 1977.

Assemblée nationale :

   Projet de loi, adopté par le Sénat (n° 2936) ;
   Rapport de M. Gerbet, au nom de la commission des lois (n° 3219) ;
   Discussion et adoption le 22 novembre 1977.

Sénat :

   Projet de loi, modifié par l'Assemblée nationale, n° 131 (1977-1978) ;
   Rapport de M. Tailhades, au nom de la commission des lois, n° 167 (1977-1978) ;
   Discussion et adoption le 20 décembre 1977.

Assemblée nationale :

   Projet de loi, adopté avec modifications par le Sénat en deuxième lecture (n° 3429) ;
   Rapport de M. Gerbet, au nom de la commission des lois (n° 3437) ;
   Discussion et adoption le 21 décembre 1977.

Sénat :

   Projet de loi, modifié par l'Assemblée nationale, n° 238 (1977-1978) ;
   Rapport de M. Tailhades, au nom de la commission des lois, n° 283 (1977-1978) ;
   Discussion et adoption le 9 mai 1978.

Assemblée nationale :

   Projet de loi, adopté avec modifications par le Sénat en troisième lecture (n° 166) ;
   Rapport de M. Foyer, au nom de la commission des lois (n° 309) ;
   Discussion et adoption le 23 mai 1980.

Sénat :

   Projet de loi, modifié par l'Assemblée nationale en troisième lecture, n° 266 (1979-1980) ;
   Rapport de M. Tailhades, au nom de la commission des lois, n° 334 (1979-1980) ;
   Discussion et adoption le 29 juin 1980.