# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

YVES SAINT LAURENT PARFUMS S.A.
and YSL BEAUTÉ INC.,

           Plaintiffs,

    - against -

COSTCO WHOLESALE CORPORATION,
QUALITY KING DISTRIBUTORS, INC.,
and J & H COSMETICS LTD.,

           Defendants.

------------------------------------------------------------- x

Civil Action No.
07 Civ. 3214 (LBS) (HP)

## PLAINTIFFS' THIRD REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT COSTCO WHOLESALE CORPORATION

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, plaintiffs Yves Saint Laurent Parfums S.A. and YSL Beauté Inc. direct their Third Set of Requests for Production of Documents and Things (the "Requests") to defendant Costco Wholesale Corporation ("Costco"), to produce and make available for inspection and copying the following documents and things, within thirty (30) days after service hereof, at the offices of Arnold & Porter LLP, 399 Park Avenue, New York, New York 10022.

These Requests are governed by the following Definitions and Instructions:

### DEFINITIONS

As used herein, the terms below shall have the following meanings:

1.     "Costco", "You" or "Your" shall mean defendant Costco Wholesale Corporation, and any subsidiaries, divisions, agents, servants, employees, representatives, officers, directors, accountants, attorneys, persons or entities under Costco Wholesale Corporation's control, or acting or purporting to act on Costco Wholesale Corporation's behalf.

1

limitation, notations on the front or back of the document, such non-identical copies must be produced.

## TIME PERIOD

Unless otherwise stated in a Request, all documents requested are for the period January 1, 2006 through the date of this Request (the "Time Period"), and include (1) all documents dated, prepared or received during the Time Period; and (2) all documents that relate to, refer to, or contain any information concerning all or any portion of the Time Period, or to any event or circumstance during that Time Period — whether dated, prepared, or received before, during, or after the Time Period.

## DOCUMENT REQUESTS

### DOCUMENT REQUEST NO. 1

All documents and communications concerning your policies, procedures or protocols for the intake or purchase of goods on the parallel market (*i.e.*, from suppliers outside of the manufacturers' authorized distribution channels) for resale.

### RESPONSE TO DOCUMENT REQUEST NO. 1

### DOCUMENT REQUEST NO. 2

All documents and communications concerning the development, creation, implementation or modification of your "Buying Checklist" (*see, e.g.,* COST 000627), including without limitation, documents identifying the names and titles of all Costco employees or agents who have participated in the development, creation, implementation and/or modification of your "Buying Checklist".

8

along the chain of distribution from the manufacturer of such products (*i.e.*, YSL) through and including your vendor.

**RESPONSE TO DOCUMENT REQUEST NO. 6**

**DOCUMENT REQUEST NO. 7**

All documents and communications concerning why Costco considers transactions involving fragrances as "potentially sensitive", as set forth in paragraph 4 of Appendix A of your "Buying Checklist".

**RESPONSE TO DOCUMENT REQUEST NO. 7**

**DOCUMENT REQUEST NO. 8**

All documents concerning whether any transactions with Quality King should be considered "potentially sensitive" in accordance with Costco's "Buying Checklist".

**RESPONSE TO DOCUMENT REQUEST NO. 8**

**DOCUMENT REQUEST NO. 9**

All documents and communications concerning Costco's purchase of any unauthentic or counterfeit goods from Quality King since January 1, 2000.

**RESPONSE TO DOCUMENT REQUEST NO. 9**

10

**DOCUMENT REQUEST NO. 20**

All documents and communications concerning any legal action commenced or threatened against you, including without limitation, cease and desist letters, complaints, settlements, consent judgments, and/or injunctions, arising out of your offer for sale or sale of any counterfeit goods.

**RESPONSE TO DOCUMENT REQUEST NO. 20**

Dated: New York, New York
November 13, 2007

ARNOLD & PORTER LLP

By: _____
Louis S. Ederer
John Maltbie
399 Park Avenue
New York, New York 10022
(212) 715-1000

*Attorneys for Plaintiffs Yves Saint Laurent Parfums S.A. and YSL Beauté Inc.*