Fried, Frank, Harris, Shriver & Jacobson LLP

One New York Plaza
New York, New York 10004-1980
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-5-08


FRIED FRANK

Direct Line: 212.859.8106
Facsimile: 212.859.4000
E-mail: goddada@friedfrank.com

January 29, 2008

**BY FACSIMILE (212.805.6111)**

The Honorable Henry Pitman
United States Magistrate Judge
United States District Court for
  the Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

APPLICATION GRANTED

SO ORDERED.

_/s/ Henry Pitman_
**HENRY PITMAN**
**UNITED STATES MAGISTRATE JUDGE**
2-1-08

Re:   *Yves Saint Laurent Parfums, S.A. v. Costco Wholesale Corp., et al.*
      07-cv-3214 (LBS) (HP)

Dear Judge Pitman:

We write as counsel for defendant Costco Wholesale Corp. ("Costco") to confirm the deadline for Costco's response the plaintiffs' motion for Protective Order filed on January 25, 2008.

At the January 7, 2008, discovery conference, Your Honor set a deadline of January 18, 2008, for the plaintiffs to file their motion for a Protective Order relating to the French Blocking Statute, with Costco's response due two weeks later, on February 1, 2008.

On January 16, 2008, Your Honor granted the plaintiffs' request to extend by one week, i.e., until January 25, 2008, the deadline for the plaintiffs to file their motion; however, the January 16 Order did not address the time for response.

We therefore respectfully request that the Court confirm that Costco's time in which to submit a response in opposition to the plaintiffs' motion for Protective Order filed January 25, 2008, is extended by one week to and including February 8, 2008. Costco has no objection to the Court granting the plaintiffs a similar extension of time in which to submit any reply in support of their letter motion to compel production of documents concerning prior unproven accusations of Costco being supplied allegedly "counterfeit" products of any type over an eleven-year period.

New York • Washington DC • London • Paris • Frankfurt
Fried, Frank, Harris, Shriver & Jacobson LLP is a Delaware Limited Liability Partnership

Fried, Frank, Harris, Shriver & Jacobson LLP

The Honorable Henry Pitman

January 29, 2008
Page 2

We very much appreciate Your Honor's consideration of this matter.

Respectfully submitted,

Darcy M. Goddard

cc: Louis S. Ederer, Esq. (by e-mail)
Anthony Viola, Esq. (by e-mail)
Jeffrey Heller, Esq. (by e-mail)

562757