# ARNOLD & PORTER LLP

> USDC SNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2-8-08

Louis S. Ederer
Louis.Ederer@aporter.com

212.715.1102
212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

February 7, 2008

*APPLICATION GRANTED*

**SO ORDERED**

/s/ Henry Pitman

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
2-8-08

**BY FACSIMILE**
The Honorable Henry B. Pitman
United States Magistrate Judge
Southern District of New York
500 Pearl St., Room 750
New York, New York 10007

Re: Yves Saint Laurent Parfums, S.A. v. Costco Wholesale Corp., et al.
No. 07 Civ. 3214 (LBS) (HP)

Dear Magistrate Judge Pitman:

We write on behalf of all parties in the above action.

In light of progress made recently in settlement negotiations, the parties would like to devote substantial attention over the next several weeks to pursuing those negotiations, in the hope that a settlement can be reached. Accordingly, the parties respectfully request a four week adjournment through and including March 7, 2008 of all current discovery related deadlines, including, without limitation, Defendants' time to serve expert reports, the filing of papers in opposition to the two pending discovery motions, and other deadlines that were the subject of the Court's January 8, 2008 Order. Such adjournment would be without prejudice to any pending applications before the Court by any party. Such adjournment would also be without prejudice to J & H seeking the Court's intervention with respect to Quality King's Response to J & H's First Request for Production if the parties are unable to resolve their differences through correspondence and/or a meet-and-confer.

Counsel for all parties have read this letter and concur with its content.

We thank the Court for its consideration of this request, and suggest that if the foregoing proposal is acceptable, the Court so indicate by memo endorsement or short form order.

Respectfully,

ARNOLD & PORTER LLP

By: /s/ Louis S. Ederer
Louis S. Ederer

cc: James W. Dabney, Esq. (by facsimile)
Anthony J. Viola, Esq. (by facsimile)
Jeffrey Heller, Esq. (by facsimile)