# ARNOLD & PORTER LLP

Louis S. Ederer
Louis.Ederer@aporter.com

212.715.1102
212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

March 5, 2008

*APPLICATION GRANTED*

**BY FACSIMILE**

The Honorable Henry B. Pitman
United States Magistrate Judge
Southern District of New York
500 Pearl St., Room 750
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-7-08

*SO ORDERED*

/s/ Henry Pitman
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
3-7-08

Re:   Yves Saint Laurent Parfums, S.A. v. Costco Wholesale Corp., et al.
      No. 07 Civ. 3214 (LBS) (HP)

Dear Magistrate Judge Pitman:

We write on behalf of all parties in the above action.

As Your Honor may recall, on February 8, 2008, the Court granted the parties' joint application for a four week adjournment through and including March 7, 2008 of all current discovery related deadlines, including, without limitation, Defendants' time to serve expert reports, the filing of papers in opposition to the two pending discovery motions, and other deadlines that were the subject of the Court's January 8, 2008 Order. Such adjournment was without prejudice to any pending applications before the Court by any party, as well as J&H's right to seek the Court's intervention with respect to Quality King's Response to J&H's First Request for Production if the parties are unable to resolve their differences through correspondence and/or a meet-and-confer.

In light of progress that has been made in settlement negotiations over the last few weeks, the parties respectfully request an additional two week adjournment through and including March 21, 2008, under the same terms as described above. The parties would like to devote substantial attention during these additional two weeks to negotiations aimed at settling this matter.

Counsel for all parties have read this letter and concur with its content.

We thank the Court for its consideration of this request, and suggest that if the foregoing proposal is acceptable, the Court so indicate by memo endorsement or short form order.

Respectfully,

ARNOLD & PORTER LLP

By: /s/ Louis S. Ederer
    Louis S. Ederer

cc:   James W. Dabney, Esq. (by facsimile)
      Anthony J. Viola, Esq. (by facsimile)
      Jeffrey Heller, Esq. (by facsimile)