ARNOLD & PORTER LLP

**Louis S. Ederer**
Louis.Ederer@aporter.com

212.715.1102
212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

March 24, 2008

*ALL DISCOVERY &
MOTION DUE DATES ARE
EXTENDED TO 4-11-08*

**BY FACSIMILE**
The Honorable Henry B. Pitman
United States Magistrate Judge
Southern District of New York
500 Pearl St., Room 750
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-25-08

*SO ORDERED*

**HENRY PITMAN**
**UNITED STATES MAGISTRATE JUDGE**
*3-25-08*

Re:  Yves Saint Laurent Parfums, S.A. v. Costco Wholesale Corp., et al.
     No. 07 Civ. 3214 (LBS) (HP)

Dear Magistrate Judge Pitman:

We write on behalf of plaintiffs Yves Saint Laurent Parfums, S.A. and YSL Beauté Inc., as well as defendants Costco Wholesale Corp. and Quality King Distributors, Inc.

As Your Honor may recall, on February 8, 2008, the Court granted the joint application of all parties, including defendant J&H Cosmetics Ltd., for a four-week adjournment through and including March 7, 2008 of all current discovery related deadlines, including, without limitation, Defendants' time to serve expert reports, the filing of papers in opposition to the two pending discovery motions, and other deadlines that were the subject of the Court's January 8, 2008 Order. In light of progress made in settlement negotiations during that period, all parties thereafter requested an additional two-week adjournment through and including March 21, 2008, so that the parties could focus their efforts on negotiating a settlement of this matter. On March 7, 2008, the Court granted the parties' application.

Over the last two weeks, the parties have devoted substantial attention to negotiations aimed at settling this matter. Accordingly, plaintiffs and defendants Costco Wholesale Corp. and Quality King Distributors, Inc. respectfully request a final three-week adjournment through and including April 11, 2008, to allow sufficient time to pursue settlement.

We first proposed this joint application for a final three-week adjournment to all counsel on the morning of March 20, 2008. While defendants Costco Wholesale Corp. and Quality King Distributors, Inc. have indicated their agreement to our proposal, as of this afternoon, despite several attempts to contact counsel for J&H, we have not had a response from counsel for J&H. However, we feel it is appropriate to submit this application today, as this past Friday was the last day of the prior standstill period.

# ARNOLD & PORTER LLP

Hon. Henry B. Pitman
March 24, 2008
Page 2

We thank the Court for its consideration of this request, and suggest that if the foregoing proposal is acceptable, the Court so indicate by memo endorsement or short form order.

Respectfully,

ARNOLD & PORTER LLP

By: _____
Louis S. Ederer

cc:     James W. Dabney, Esq. (by facsimile)
Anthony J. Viola, Esq. (by facsimile)
Jeffrey Heller, Esq. (by facsimile)