**ENDORSEMENT**
<u>Yves Saint Laurent Parfums, S.A. v. Costco Wholesale Corp.</u>
07 Civ. 3214 (LBS)(HBP)

      Except as noted below, the application of J&H Cosmetics, Ltd. ("J&H") to adjourn all deadlines is denied. The incapacity of a single witness in this case is not a sufficient reason to adjourn all deadlines such as expert discovery and expert depositions.

      The deadline for deposing Gerald Schmeltzer is adjourned <u>sine</u> <u>die</u>. Counsel for J&H is to submit a status report concerning Mr. Schmeltzer's health no later than May 30, 2008. I appreciate that Mr. Schmeltzer's deposition may give rise to a need to conduct follow-up discovery. However, whether discovery should be re-opened to permit such follow-up discovery will be best considered after Mr. Schmeltzer's deposition.

Dated:  New York, New York
       April 23, 2008

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

Louis S. Ederer, Esq.
Arnold & Porter LLP
399 Park Avenue
New York, New York  10022-4690

James W. Dabney, Esq.
Fried, Frank, Harris,
   Shriver & Jacobson LLP
One New York Plaza
New York, New York  10004-1980

Anthony J. Viola, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, New York  10022

Melissa Corwin, Esq.
Somer & Heller, LLP
Suite 350
2171 Jericho Turnpike
Commack, New York  11725

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08