SANA S.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-29-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

YVES SAINT LAURENT PARFUMS S.A. and
YSL BEAUTÉ INC.,

        Plaintiffs,

    - against -

COSTCO WHOLESALE CORPORATION,
QUALITY KING DISTRIBUTORS, INC. and
J & H COSMETICS LTD.,

        Defendants.

Civil Action No.
07 Civ. 3214 (LBS) (HP)

-------------------------------------------------------- x
-------------------------------------------------------- x

QUALITY KING FRAGRANCE, INC.,

        Third Party Plaintiff,

    - against -

J & H COSMETICS LTD.,

        Third Party Defendant.

-------------------------------------------------------- x

### Stipulation of Dismissal

Pursuant to Fed. R. Civ. P. 41(a), it is HEREBY STIPULATED AND AGREED by and between Plaintiffs Yves Saint Laurent Parfums S.A. and YSL Beauté Inc. (collectively, "YSL") and Defendants Costco Wholesale Corporation ("Costco") and Quality King Distributors, Inc. ("Quality King"), through their undersigned counsel of record and subject to the Order of this

NYC 297206.4

Court, that YSL hereby dismiss all claims against Costco and Quality King in the above-captioned matter with prejudice.

All parties shall bear their own costs and attorneys' fees in connection with this action.

Dated: New York, New York
April 16, 2008

ARNOLD & PORTER LLP

By: _____
Louis S. Ederer
399 Park Avenue
New York, New York 10022
Ph: 212-715-1000
Fx: 212-715-1399

*Attorneys for Plaintiffs*

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

By: _____
James W. Dabney
One New York Plaza
New York, New York 10004
Ph: 212-859-8000
Fx: 212.859.4000

*Attorneys for Defendant Costco Wholesale Corporation*

EDWARDS ANGELL PALMER & DODGE LLP

By: _____
Anthony J. Viola
750 Lexington Avenue
New York, NY 10022
Ph: 212.912.2827
Fx: 212.308.4844

*Attorneys for Defendant Quality King Distributors, Inc.*

SO ORDERED:

_____
LEONARD B. SAND, U.S.D.J.
4/29/08

NYC 297206.4