UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
)
YVES SAINT LAURENT PARFUMS S.A.   )   Civil Action No.
and YSL BEAUTE INC.,              )   07 Civ. 3214 (LBS)(HP)
                                  )
            Plaintiffs,           )
                                  )
    - against -                   )   **AFFIDAVIT OF SERVICE**
                                  )
COSTCO WHOLESALE CORPORATION,     )
QUALITY KING DISTRIBUTORS, INC.   )
and J & H COSMETICS, LTD.,        )
                                  )
            Defendants.           )
                                  )
----------------------------------------------------------------x

STATE OF NEW YORK)
                 :S.S
COUNTY OF SUFFOLK)

    I, CHRISTINE LAPINE, being duly sworn say:

    I am not a party to the action, am over 18 years of age and reside in Patchogue, New York.

    On July 18, 2008, I served the within Non-Party Gerald Schmeltzer's Responses and Objections to Subpoena of Third-Party Plaintiff, Quality King Fragrance, Inc. upon EDWARDS ANGELL PALMER & DODGE LLP, 750 Lexington Avenue, 8th Floor, New York, N.Y. 10022 and ARNOLD & PORTER LLP, 399 Park Avenue, New York, NY 10022 depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the care and custody of the United State Postal Service within New York State.

                                                 S/
                                                 CHRISTINE LAPINE

Sworn to before me this
18th day of July, 2008.

_____
Notary Public