Anthony J. Viola
Andre K. Cizmarik
Paul E. Dans
Edwards Angell Palmer & Dodge, LLP
750 Lexington Avenue
New York, NY 10022
(212) 308-4411
Attorneys for Quality King Fragrance, Inc.
and Quality King Distributors, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YVES SAINT LAURENT PARFUMS, S.A. and YSL BEAUTÉ INC., <br><br> Plaintiffs, <br><br> - against - <br><br> COSTCO WHOLESALE CORPORATION, QUALITY KING DISTRIBUTORS, INC. and J & H COSMETICS LTD., <br><br> Defendants. | Civil Action No. <br> 07 Civ. 3214 (LBS)(HP) <br><br> **NOTICE OF MOTION OF QUALITY KING FRAGRANCE, INC. AND QUALITY KING DISTRIBUTORS, INC. TO AMEND THIRD PARTY COMPLAINT** |
| QUALITY KING FRAGRANCE, INC., <br><br> Third Party Plaintiff, <br><br> - against - <br><br> J&H COSMETICS, LTD., <br><br> Third Party Defendant. | |

To:   Below Service List

PLEASE TAKE NOTICE that upon the annexed Declaration of Andre K. Cizmarik, dated July 25, 2008, and the exhibits thereto, the accompanying memorandum of law and all of the pleadings and prior proceedings had herein, defendant/proposed third party plaintiff Quality King Distributors, Inc. ("QKD") and third party plaintiff Quality King Fragrance, Inc., ("QK

NYC 308334.1

Fragrance") hereby move this Court for : (i) an order pursuant to Fed.R.Civ.P. 15(a) and Fed.R.Civ.P. 21 granting leave to QK Fragrance to amend its third party complaint in the form annexed as Exhibit A to the July 25, 2008 Declaration of Andre K. Cizmarik; (ii) an order pursuant to F.R.C.P. 15(a) and F.R.C.P. 21 granting leave to QKD to file a third party complaint against Mr. Schmeltzer; and (iii) such other and further relief in favor of QK Fragrance and QKD and against J&H Cosmetics, Ltd. and Gerald Schmeltzer that this Court deems just and proper.

Dated: July 28, 2008
New York, New York

                      Respectfully submitted,

                      EDWARDS ANGELL PALMER & DODGE LLP

                      */s/ Andre K. Cizmarik*
                      Anthony J. Viola
                      Andre K. Cizmarik
                      Paul E. Dans
                      750 Lexington Avenue
                      New York, NY 10022
                      (212) 308-4411

                      Attorneys for Quality King Fragrance, Inc.
                      and Quality King Distributors, Inc.

SERVICE LIST

Louis S. Ederer, Esq.
John Maltbie, Esq.
ARNOLD & PORTER LLP
399 Park Avenue
New York, N.Y. 10022
*Attorneys for plaintiffs*

Jeffrey Heller, Esq.
SOMER & HELLER LLP
2171 Jericho Turnpike
Commack, New York 11725
*Attorneys for defendant J&H Cosmetics Ltd. and Gerald Schmeltzer*