


**SOMER & HELLER** LLP
ATTORNEYS AT LAW
2171 Jericho Turnpike, Suite 350, Commack, New York 11725 • (631) 462-2323

STANLEY I. SOMER
JEFFREY T. HELLER **

MELISSA CORWIN *

* ALSO ADMITTED IN FLORIDA
** ALSO ADMITTED IN NEW JERSEY

OF COUNSEL
MICHAEL C. MARCUS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/15/08

August 13, 2008

via FAX 212-805-6111

Honorable Magistrate Judge Henry Pitman
United States Southern District Court
500 Pearl Street, Room 1650
New York, NY 10007

Re:   Yves Saint Laurent Parfums, S.A., et al. v. Costco Wholesale Corp., et al.
      07 cv 3214 (LBS)(HP)

Dear Judge Pitman:

As you know, we represent J&H Cosmetics, Ltd. in connection with the above-referenced matter. We write herewith to request Your Honor's consent to an extension of time for Defendant J&H to submit its opposition papers to Quality King's Motion to Amend Third Party Complaint until August 28, 2008 and that Quality King shall have until September 18, 2008 upon which to Reply to said opposition.

Please be advised that said request is on consent of Defendant Quality King and that this is Defendant J&H's first request for an extension in this regard.

Thank you for your consideration to the foregoing.

Respectfully submitted,

SOMER & HELLER LLP

Jeffrey T. Heller

JTH/cl

cc:   Andre Cizmarik
      Louis S. Ederer

APPLICATION GRANTED

**SO ORDERED**

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
8-14-08

F:\DOCS\CIVIL\SCHMELTZER\Yves Saint Laurent\Pitman.8.13.08.wpd