# EDWARDS ANGELL PALMER & DODGE LLP

750 Lexington Avenue  New York, NY 10022  212.308.4411  *fax* 212.308.4844  eapdlaw.com

Anthony J. Viola
212.912.2827
aviola@eapdlaw.com

July 30, 2008

**VIA FACSIMILE**



Hon. Henry Pitman
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Yves Saint Laurent Parfums S.A. v. Costco Wholesale Corp.,
07 cv 3214 (LBS)(HP)

Dear Judge Pitman:

As you know, this firm represents Quality King Fragrance, Inc. ("QK Fragrance").

As discussed during the July 29, 2008 hearing, the parties have met and conferred and agree (except for Item Nos. 3, 5 and 6 below) to modify the existing schedule to the following extent:

1. <u>QK Fragrance's Motion to Amend</u>: Opposition papers are to be served on or before August 18, 2008 and QK Fragrance's reply papers are to be served on or before September 8, 2008;  *O.K.*

2. <u>Deposition of Gerald Schmeltzer</u>: J&H will produce Mr. Schmeltzer for a deposition within 90 days of today, unless his doctor states in writing that Mr. Schmeltzer's medical condition precludes him from testifying. In such event, the schedule which follows shall be modified accordingly;  *O/C*

3. Conclusion of fact discovery:

| YSL's and QK Fragrance's Position | J&H's Position |
|---|---|
| Fact discovery to conclude 30 days after the conclusion of Mr. Schmeltzer's deposition. | Fact discovery to conclude 120 days after the conclusion of Mr. Schmeltzer's deposition. In the event that QK Fragrance's motion to amend is granted to add additional parties, J&H seeks a new discovery schedule between all parties. QK Fragrance reserves the right to oppose. |

*Fact discovery will close 60 days after Schmeltzer's depo.*

NYC 309114.1

# EDWARDS ANGELL PALMER & DODGE LLP

Hon. Henry Pitman
July 30, 2008
Page 2

    4.    <u>Dispositive motions</u>: Dispositive motions are due within 30 days after the close of fact discovery. *OK*

    5.    <u>Pretrial Order</u>: YSL and QK Fragrance propose the filing of the pretrial order within 30 days after conclusion of briefing on dispositive motions. J&H proposes 60 days.

    6.    <u>Jury Instructions / Motions in Limine / Pretrial Memorandum (if party deems it helpful)</u>: YSL and QK Fragrance propose filing within 30 days after filing pretrial order. J&H proposes 60 days. — *SEE BELOW*

If Nos. 1, 2 and 4 are satisfactory to the Court, we respectfully request that Your Honor approve those modifications to the schedule. In addition, we request that Your Honor resolve the disputes with regard to Nos. 3, 5 and 6.

Respectfully submitted,

*Anthony J. Viola/AKC*

Anthony J. Viola

cc:    Jeffrey Heller, Esq. (via facsimile)
       Louis S. Ederer, Esq. (via facsimile)

*[Handwritten note:]* PTO is due 30 days after dispo. motion deadline or decision on dispo. motion, whichever is later. Jury instructions, in limine motions + pre-trial memos to be filed with pretrial order.

**SO ORDERED**

*[Signature]*
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE

NYC 309114.1