USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-15-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
YVES SAINT LAURENT                  :
PARFUMS, S.A., et al.,
                                    :
              Plaintiffs,              07 Civ. 3214 (LBS)(HBP)
                                    :
    -against-                          ORDER
                                    :
COSTCO WHOLESALE CORPORATION,
et al.,                             :

              Defendants.           :

------------------------------------X

     PITMAN, United States Magistrate Judge:

     In view of the fact that plaintiffs Yves Saint Laurent Parfums, S.A., YSL Beaute, Inc. and defendant Costco Wholesale Corporation have stipulated to the dismissal of all claims among them, the pending motions of motions of these parties for protective orders (Docket Items 50 and 54) are denied as moot and the Clerk of the Court is directed to mark both motions as closed.

Dated:  New York, New York
        September 15, 2008

                                    SO ORDERED

                                    _____
                                    HENRY PITMAN
                                    United States Magistrate Judge

Copies transmitted to:

Louis S. Ederer, Esq.
Arnold & Porter LLP
399 Park Avenue
New York, New York  10022-4690

James W. Dabney, Esq.
Fried, Frank, Harris,
    Shriver & Jacobson LLP
One New York Plaza
New York, New York  10004-1980

Anthony J. Viola, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, New York  10022

Melissa Corwin, Esq.
Somer & Heller, LLP
Suite 350
2171 Jericho Turnpike
Commack, New York  11725