UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
YVES SAINT LAURENT PARFUMS S.A. ) Civil Action No.
and YSL BEAUTE INC., ) 07 Civ. 3214 (LBS)(HP)
         Plaintiffs, )
    - against - ) **AFFIDAVIT OF SERVICE**
)
COSTCO WHOLESALE CORPORATION, )
QUALITY KING DISTRIBUTORS, INC. )
and J & H COSMETICS, LTD., )
)
         Defendants. )
------------------------------------------------------------x
QUALITY KING FRAGRANCE, INC., )
)
         Third Party Plaintiff, )
    -against- )
)
J & H COSMETICS, LTD., )
)
         Third Party Defendant. )
------------------------------------------------------------x

STATE OF NEW YORK)
         :S.S
COUNTY OF SUFFOLK)

    I, CHRISTINE LAPINE, being duly sworn say:

    I am not a party to the action, am over 18 years of age and reside in Patchogue, New York.

    On August 28, 2008, I served the within Declaration of Melissa Corwin in Opposition to Quality King Fragrance, Inc.'s and Quality King Distributors, Inc.'s Motion to Amend to Add Gerald Schmeltzer as a Third Party Defendant upon Anthony J. Viola, EDWARDS ANGELL PALMER & DODGE LLP., 750 Lexington Avenue, New York, NY 10002 and Louis S. Ederer, ARNOLD & PORTER LLP, 399 Park Avenue, New York, NY 10022 by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the care and custody of the United State Postal Service within New York State.

                                                     /s
                                                     CHRISTINE LAPINE

Sworn to before me this
28th day of August, 2008

/s
Notary Public