UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

YVES SAINT LAURENT PARFUMS S.A. )  Civil Action No.
and YSL BEAUTE INC.,     )  07 Civ. 3214 (LBS)(HP)
        Plaintiffs, )
    - against -    )  **AFFIDAVIT OF SERVICE**
           )
COSTCO WHOLESALE CORPORATION, )
QUALITY KING DISTRIBUTORS, INC. )
and J & H COSMETICS, LTD.,   )
           )
      Defendants. )
-------------------------------------------------------------x
QUALITY KING FRAGRANCE, INC.,  )
           )
     Third Party Plaintiff, )
    -against-    )
           )
J & H COSMETICS, LTD.,    )
           )
     Third Party Defendant. )
-------------------------------------------------------------x

STATE OF NEW YORK)
      :S.S
COUNTY OF SUFFOLK)

   I, CHRISTINE LAPINE, being duly sworn say:

   I am not a party to the action, am over 18 years of age and reside in Patchogue, New York.

   On August 28, 2008, I served the within Memorandum of Law in Opposition to Quality King Fragrance, Inc.'s and Quality King Distributors, Inc.'s Motion to Amend to Add Gerald Schmeltzer as a Third Party Defendant upon Anthony J. Viola, EDWARDS ANGELL PALMER & DODGE LLP., 750 Lexington Avenue, New York, NY 10002 and Louis S. Ederer, ARNOLD & PORTER LLP, 399 Park Avenue, New York, NY 10022 by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the care and custody of the United State Postal Service within New York State.

            _____/s_____
            CHRISTINE LAPINE

Sworn to before me this
28th day of August, 2008

_/s_____
Notary Public